# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GREGORY HARRIS,

    Plaintiff,

vs.

DON POAG, et al.,

    Defendants.

Case No. 3:13-cv-00024-RCJ-WGC

**ORDER**

The court dismissed the complaint (#4) for failure to state a claim upon which relief can be granted, with leave to amend. Order (#3). Plaintiff has not submitted an amended complaint within the allotted time.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for failure to follow the court's order and for failure to state a claim upon which relief can be granted. The clerk of the court shall enter judgment accordingly.

Dated:    July 8, 2013

_____
ROBERT C. JONES
Chief United States District Judge