AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

GREGORY HARRIS,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER:   3:13-cv-00024-RCJ-WGC

DON POAG, et al.,

      Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to follow the court's order and for failure to state a claim upon which relief can be granted.

July 9, 2013                                      **LANCE S. WILSON**
                                                          Clerk

                                                          /s/ K. Rusin
                                                          Deputy Clerk